

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

SPH America, LLC

Civil Action No.   13cv2324-CAB-KSC

**Plaintiff,**

V.

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Accordingly, the case is Dismissed for lack of Article III standing. The Clerk of Court shall close case. It is SO ORDERED.

Date:   4/11/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Gutierrez

J. Gutierrez, Deputy

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 13cv2324-CAB-KSC

T-Mobile US, Inc.
Defendant


T-Mobile US, Inc.
Counter Claimant

V.

SPH America, LLC
Counter Defendant


T-Mobile US, Inc.
Counter Claimant

V.

SPH America, LLC
Counter Defendant